proceed further *in forma pauperis*, denied. *Georgia M. Spruill, pro se.* No appearance for respondents. ▮

No. 609. BLEVINS *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. January 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. H. W. Hutton* for petitioner. *Mr. Herbert W. Erskine* for respondent. ▮

No. 611. PORTLAND ET AL. *v.* BANK OF CALIFORNIA ET AL. January 10, 1938. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Mr. Frank S. Grant* for petitioners. *Mr. Robert Treat Platt* for respondents. ▮

No. 613. ALMOURS SECURITIES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. January 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. John W. Davis, Henry P. Adair,* and *Warren W. Grimes* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Berryman Green* for respondent.

No. 614. GOLD CREEK MINING CO. *v.* STANDISH. January 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Taylor B. Weir* and *William Meyer* for petitioner. No appearance for respondent. ▮